**AFFIDAVIT**

Your Affiant, Gregory Loerch, being duly sworn, deposes and states:

1.  Your affiant is a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Columbus Field Division, Cleveland Office, having been so employed since June 2018. In that capacity, your affiant is an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.  I am presently assigned as a Special Agent for the ATF Columbus Field Division's Cleveland Group IV. As a SA for ATF, I have participated in federal and state investigations involving the sale, possession, and trafficking of firearms and controlled substances. Through my participation in these investigations, I have debriefed defendants, confidential informants, cooperating sources, and witnesses with personal knowledge regarding firearms or narcotics trafficking. I have also conducted physical and electronic surveillance, managed informants and cooperating sources, seized evidence and contraband, executed search warrants, and arrested defendants.

3.  Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(g)(1), which states that it shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce,

any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

4. This Affidavit is being submitted for the limited purpose of establishing probable cause that Timothy BEASLEY has violated Title 18 U.S.C. Section 922(g)(1); possession of a firearm by a prohibited person and Title 21 U.S.C. Section 841(a)(1) and (b)(1)(C); possession of a controlled substance. The statements are based upon my personal knowledge and observations, my training and experience, information obtained from other law enforcement and witnesses, and the review of various documents and records.  This affidavit does not include every fact known to me regarding this investigation, but will seek to summarize relevant information.

## PROBABLE CAUSE

5. On or about July 9, 2024, Ohio State Highway Patrol (OSHP) Troopers arrested Timothy BEASLEY in Cleveland, Ohio, on charges of Possession of Drugs; Trafficking in Drugs; Carrying Concealed Weapons; Improperly Handling Firearms in a Motor Vehicle; Having Weapons Under Disability; and Receiving Stolen Property.

6. Per Ohio State Highway Patrol report number 24-106062-0300, on or about July 9, 2024, at approximately 3:42 PM, OSP Trooper (Tpr.) Boyer, observed a black Chevy trail blazer with no license plate.  Tpr. Boyer activated his emergency lights to initiate a traffic stop but the Chevy failed to stop and fled south on E. 82nd Street.  Tpr. Boyer followed the Chevy until the OSHP helicopter was able to get a visual and follow the vehicle.  During the pursuit, the Chevy pulled to the side of the roadway and the helicopter observed an occupant from the vehicle throw something on the side of the roadway.  Tpr. Boyer went to the area and located a loaded **American Tactical pistol (Model: Mil Sport; Caliber: Multi; SN: MSA107424)**.

7. At approximately 4:06 PM, the helicopter observed the vehicle come to a stop near E. 151st Street and Glendale Avenue and the occupants flee on foot. The driver, later identified as Timothy BEASLEY, was seen fleeing with a bookbag.

8. Several marked units got in the area and located the passenger, Crystal WILLIAMS near E. 151st St. and Glendale Ave. BEASLEY was located and arrested further down the street after he attempted to flee on foot.

9. Units located the bookbag that BEASLEY was seen with behind a house. Inside the bookbag was a **Hi-Point pistol (Model: C9; Caliber: 9mm; SN: P1648284)** and an assortment of unknown powders and pills that were suspected to be illegal narcotics.

10. Units checked the VIN on the Chevy and found it to be stolen out of Cleveland, Ohio. BEASLEY was advised of his Miranda Warnings and admitted all the suspected narcotics and firearms where his. BEASLEY was also found to have several active felony warrants for his arrest.

11. The suspected narcotics, which in the affiant's opinion was distributable amounts of narcotics and not for personal use given breadth and quantity of the drugs, were sent to the Highway Patrol Crime Lab for analysis which reported the following:

> i. One bag containing approximately 1.8291 grams of substance, with a detected presence of Cocaine, a Schedule II Substance.
>
> ii. One bag containing approximately 14.1180 grams of substance, with a detected presence of Methamphetamine, a Schedule II Substance.
>
> iii. One bag containing approximately 21.4740 grams of substance, with a detected presence of Cocaine, a Schedule II Substance

    iv. One bag containing approximately 2.0640 grams of substance, with a detected presence of 5-fluoro-ADB, a Schedule I Substance, and MDMB-4en-PINACA, a Schedule I Substance.

    v. One bag containing approximately 1.2839 grams of substance, with a detected presence of 5-fluoro-ADB, a Schedule I Substance, and MDMB-4en-PINACA, a Schedule I Substance

    vi. One bag containing approximately 0.3868 grams of substance, with a detected presence of Methamphetamine, a Schedule II Substance.

    vii. One bag containing approximately 0.1372 grams of substance, with a detected presence of Methamphetamine, a Schedule II Substance.

    viii. One bag containing approximately 0.3245 grams of substance, with a detected presence of Methamphetamine, a Schedule II Substance.

    ix. One bag containing approximately 0.2166 grams of substance, with a detected presence of Methamphetamine, a Schedule II Substance.

12. In video footage recorded from inside an OSHP vehicle that BEASLEY was placed in following arrest, BEASLEY was heard telling a sergeant that his face was injured in a previous incident where he was hit with the rifle that was recovered by OSHP. Beasley said "the same gun that I stole. Same gun they hit me with. The butt of that bitch." The OSHP sergeant asked how it happened and if it was the Hi-Point to which BEASLEY replied, "No. The other one". BEASLEY then goes on to say that the kids were following him and when he pulled into a gas station, he wasn't paying attention, and the kids came up on him so fast he couldn't do anything. He further stated that his Hi-Point is a piece of shit. The sergeant asks if the kids then hit him with the AR-15 in the face and BEASLEY replied that they "damn near broke his shit",

seemingly referring to his jaw.  The sergeant then asked if the kids did that with the AR-15 that BEASLEY was just in possession of today and BEASLEY replies "yeah".  BEASLEY stated he got the rifle from the kids by sitting back and watching and stalking them rather than just leaving.

        13.      BEASLEY has the following prior felony convictions in the Cuyahoga County Court of Common Pleas:

> **CR-06-480729-A**- PLEAD GUILTY TO ROBBERY WITH FIREARM SPECIFICATION - 1 YEAR (2941.141) / 2911.02 A(1) F3);
>
> **CR-12-564613-B**- PLEAD GUILTY TO FELONIOUS ASSAULT 2903.11 A(2) F2
>
> **CR-20-653588-A**- PLEAD GUILTY TO ABDUCTION 2905.02 A(2) F3;  PLEAD GUILTY TO ATTEMPTED FELONIOUS ASSAULT 2923.02/2903.11 A(2) F3

### Interstate Nexus Determination

        14.      ATF Interstate Nexus Expert Special Agent Gerrod Briggs advised SA Loerch that the firearm, the American Tactical Imports; Model: MIL-SPORT; bearing serial number MSA107424, was not made in the state of Ohio.  Thus, the aforementioned firearm must have traveled in interstate commerce to be found in the State of Ohio.

### CONCLUSION

        15.      Based upon the above listed facts and circumstances, Your Affiant believes and asserts that there is probable cause to believe that on or about July 9, 2024, BEASLEY did unlawfully, knowingly possess a firearm in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).  In addition, on or about July 9, 2024,

BEASLEY knowingly possessed with the intent to distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

16. The above violation was committed in the Northern District of Ohio, Eastern Division.  Your Affiant requests than an arrest warrant be issued for Timothy BEASLEY.

_____
Gregory Loerch, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

This affidavit was sworn to by the Affiant by telephone or other reliable electronic means after a PDF was transmitted by email, per Crim R. 41(d)(3) on this 25th day of February, 2025.

James E. Grimes Jr., United States Magistrate Judge